# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| Case No. | SACV 21-00109-JLS (ADSx) | Date | January 19, 2022 |
|----------|--------------------------|------|------------------|
| Title | Brian Whitaker v. The Donna Karan Company Store LLC | | |

**Present: The Honorable**   JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | None Reported | _____ |
|---------------|----------------|------------|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|-----------------------------------|-----------------------------------|
| None Present | None Present |

**PROCEEDINGS:**   (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS WITH PREJUDICE

The Court, having been advised that this action has been resolved by a Stipulation to Dismiss [34], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

Any pending Order to Show Cause is hereby discharged.

_____  :  _____

Initials of Deputy Clerk    mku